**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-2465**

─────────────

CHARLES VAUGHAN, individually and as Trustee
for CJC Enterprise Trust; JUDY VAUGHAN,
individually and as Trustee for CJC Enterprise
Trust,

                                           Plaintiffs - Appellants,

       and

CJC ENTERPRISE TRUST; ELC TRUST; VAUGHAN
TRUST; CJC PERSONNEL TRUST,

                                                   Plaintiffs,

       versus

UNITED STATES OF AMERICA,

                                           Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-569-5-H(3))

─────────────

Submitted: March 20, 2003        Decided: March 25, 2003

─────────────

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

Charles Vaughan, Judy Vaughan, Appellants Pro Se.  Laurie Allyn Snyder, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Vaughan and Judy Vaughan appeal from the district court's order adopting the magistrate judge's recommendation to deny their petition to quash administrative summonses issued by the Internal Revenue Service.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Vaughan v. United States, No. CA-02-569-5-H(3) (E.D.N.C. Oct. 9, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2